ACCEPTED
03-14-00607-CV
4862819
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 1:16:23 PM
JEFFREY D. KYLE
CLERK

# WILLIAM M. NICHOLS, P.C.

### Attorney at Law
### McAllister Plaza, Suite 1250
### 9601 McAllister Freeway
### San Antonio, Texas 78216-5150
### Telephone: (210) 340-8880
### Facsimile: (210) 340-8885

WILLIAM M. NICHOLS
william@wmnlawsa.com

LISA M. WILSON
LEGAL ASSISTANT
lisa@wmnlawsa.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 1:16:23 PM
JEFFREY D. KYLE
Clerk

April 13, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

Re:     Court of Appeals Number:     03-14-00607-CV
        Style: Kenneth M. Hardin
        v. Joseph Lella

Dear Mr. Kyle:

Pursuant to local rules, this is to advise you that my vacation schedule is as follows:

Friday, June 26, 2015 through Monday, July 6, 2015

This vacation opportunity arose within the required 90 day period. I would appreciate any cooperation you can give in accommodating my schedule. By copy of this letter, I am notifying all counsel of record of my plans and asking them to please not schedule any hearings, depositions or trials during this time.

Thank you for your cooperation and assistance with regard to this matter.

Sincerely yours,

William M. Nichols

William M. Nichols

WMN:lmw

cc:     Opposing Counsel

By Facsimile